Argued and submitted July 15, 1988, judgment vacated; remanded for findings of fact and entry of order January 4, 1989

## STATE OF OREGON,
*Respondent,*

*v.*

## WILLIE DOUGLAS BROWN,
*Appellant.*

(96556, 96557A; CA A47238 (Control), A47239)
(Cases Consolidated)

765 P2d 1241

Laura Graser, Portland, argued the cause and filed the brief for appellant.

Russell H. Conrow, Certified Law Student, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Brenda J Peterson, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, Joseph, Chief Judge, and Warren, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving under the influence of intoxicants and driving with a suspended driver's license, contending that the trial court erred in denying his pretrial motion to suppress evidence. The trial court denied the motion without making findings of fact or an explanation, and we cannot review the claim of error. *See State v. Wise,* 305 Or 78, 81, 749 P2d 1179 (1988). Consequently, we vacate the judgment and remand for fact findings on the motion to suppress. *State v. Wise, supra; see also State v. Raygoza,* 90 Or App 473, 475-76, 752 P2d 1253 (1988).

Judgment vacated; remanded for findings of fact and entry of an order or judgment consistent therewith.